IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANGELA K. BALL on behalf of
JOSHUA T. BALL                                                                      PLAINTIFF

v.                                          1:06cv00059 WRW

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                 DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

THEREFORE, judgment shall be entered affirming the final decision of the Commissioner and dismissing this action, with prejudice.

IT IS SO ORDERED this 25th day of February, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE