IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANGELA K. BALL on behalf of
JOSHUA T. BALL                                                                                    PLAINTIFF

v.                                               1:06cv00059 WRW

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                           DEFENDANT

## JUDGMENT

Pursuant to the Order entered this date, judgment is hereby entered affirming the final decision of the Commissioner and dismissing this case, with prejudice; the relief sought is denied.

IT IS SO ORDERED this 25th day of February, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE